# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                )<br>)<br>DAVID SIDOO et al.                        )<br>)<br>Defendants.                               )<br>) | Criminal No. 1:19-cr-10080-NMG |

## DEFENDANT DOUGLAS HODGE'S
## WAIVER OF APPEARANCE FOR ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), Defendant Douglas Hodge hereby waives his right to appear in court for arraignment on the Second Superseding Indictment in the above-captioned matter. Defendant and his counsel affirm that Mr. Hodge has received a copy of the Second Superseding Indictment and that Mr. Hodge pleads NOT GUILTY.

Therefore, Mr. Hodge respectfully asks the Court to accept this waiver and enter a plea of NOT GUILTY in his absence.

Dated: April 15, 2019

_____
Douglas Hodge

/s/ Brien T. O'Connor
Brien T. O'Connor (BBO# 546767)
brien.o'connor@ropesgray.com
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000

/s/ Joan McPhee
Joan McPhee (BBO# 547869)
joan.mcphee@ropesgray.com
Ropes & Gray LLP

1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000

*Counsel for Douglas Hodge*

## CERTIFICATE OF SERVICE

I, Brien T. O'Connor, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 15, 2019.

/s/ Brien T. O'Connor