# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SIDOO et al.<br>         Defendants. | Criminal No. 1:19-cr-10080-NMG |

## DEFENDANT DOUGLAS HODGE'S PRELIMINARY OPPOSITION TO PROPOSED PROTECTIVE ORDER

Defendant Douglas Hodge hereby joins Defendants' Preliminary Opposition to Proposed Protective Order, ECF. No. 349 (Apr. 16, 2019), and incorporates in full the arguments made therein.

Dated: April 17, 2019

/s/ *Brien T. O'Connor*
Brien T. O'Connor (BBO# 546767)
brien.o'connor@ropesgray.com
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000

Joan McPhee (BBO# 547869)
joan.mcphee@ropesgray.com
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000

Miranda Hooker (BBO# 661569)
*hookerm@pepperlaw.com*
PEPPER HAMILTON LLP
125 High Street
Boston, MA 02110
Phone: (617) 204-5100

*Counsel for Douglas Hodge*

## CERTIFICATE OF SERVICE

I, Brien T. O'Connor, hereby certify that on April 17, 2019, this document, filed through the CM/ECF system, will be sent electronically to all registered participants in this matter as identified on the Notice of Electronic Filing (NEF).

*/s/ Brien T. O'Connor*