# EXHIBIT B

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 19-10080-NMG |
| | ) | |
| DAVID SIDOO et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF DOUGLAS HODGE**

I, Douglas Hodge, declare under penalty of perjury that the following is true and accurate to the best of my recollection and belief:

1. I am a defendant in the above-captioned case, United States v. David Sidoo et al., Criminal Case Number 19-10080-NMG.

2. I received notice that I had been charged with one count of conspiracy to commit mail fraud and honest services mail fraud on March 12, 2019 when I was on vacation in Western Canada.

3. After receiving notice of the criminal charges, I immediately took a flight from Western Canada to Boston, Massachusetts, where I retained Miranda Hooker of Pepper Hamilton LLP, a former federal prosecutor, to represent me and appear on my behalf during my Initial Appearance, which took place on March 13, 2019.

4. Soon thereafter, I interviewed numerous lawyers and law firms to select the lawyers to lead my defense team together with Ms. Hooker. I decided to retain Brien O'Connor and Joan McPhee from Ropes & Gray LLP.

5. I chose Mr. O'Connor and Ms. McPhee based on their specific experience as former federal prosecutors. In particular, I selected Ms. McPhee in part because she served as the Deputy Chief of the Appeals Unit in the United States Attorney's Office for the Southern District of New York, and I selected Mr. O'Connor in part because he served as the Chief of the Public Corruption and Special Prosecutions Unit at the United States Attorney's Office for the District of Massachusetts, where he prosecuted, and oversaw the prosecution of, a wide range of fraud and corruption matters in the same office that is now prosecuting the above-captioned matter.

6. 

7. 

8. 

9. 

10. 

11. Over the past three months, I have been in frequent communication with my lawyers at Ropes & Gray, including through near-daily email exchanges and phone calls. I have also traveled to Boston on multiple occasions to review key material and discuss case strategy. I have developed a relationship of trust and confidence with my attorneys, including those at Ropes & Gray, and I want to retain Ropes & Gray as my counsel.

12. I consider my decision to retain the attorneys on my defense team, including Mr. O'Connor, Ms. McPhee and Ms. Hooker, to be a decision of utmost importance and consequence.

13. I knowingly and voluntarily waive all claims based on conflicts related to Ropes & Gray's concurrent representation of USC and Ropes & Gray's concurrent representation of Ms. Elizabeth Henriquez.

_____ *Douglas M. Hodge*
Douglas Hodge

**Notarization**

_____, ss

Subscribed and sworn to me in my presence, Douglas Hodge states that his Affidavit is true and accurate to the best of his knowledge and belief on the XX day of June, 2019.

_____ SEE Attached Jurat
Notary Public

My commission expires: 7/11/2019

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

GOVERNMENT CODE § 8202

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

_____
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ORANGE

[Notary Seal:
ANNE MANSOUR
Commission # 2115355
Notary Public - California
Orange County
My Comm. Expires Jul 11, 2019]

Place Notary Seal and/or Stamp Above

Subscribed and sworn to (or affirmed) before me
on this **26** day of **June**, 20**19**,
by
(1) **Douglas Hodge**
(and) (2) _____
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Anne Mansour_
Signature of Notary Public

---------- OPTIONAL ----------

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: **Declaration of Douglas Hodge**

Document Date: **June 26, 2019**  Number of Pages: **3**

Signer(s) Other Than Named Above: _____

©2017 National Notary Association