# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal No. 19-10080-NMG |
| | ) |
| DAVID SIDOO et al., | ) |
| | ) |
| Defendants. | ) |

# DECLARATION OF BRIEN T. O'CONNOR

I, Brien T. O'Connor, declare under penalty of perjury that the following is true and accurate to the best of my recollection and belief:

1. I am an attorney of record representing Douglas Hodge in the above-captioned case, United States v. David Sidoo et al., Criminal Case Number 19-10080-NMG.

2. I have been a partner at Ropes & Gray LLP since 2000. From 1989 to 1999, I served as an Assistant United States Attorney for the District of Massachusetts, and from 1996 to 1999, I was the Chief of the Public Corruption and Special Prosecutions Unit at the United States Attorney's Office for the District of Massachusetts.

3. As an Assistant United States Attorney, I prosecuted, and oversaw the prosecution of, a wide range of fraud and corruption matters in the same office that is now prosecuting the above-captioned matter.

4. On March 14, 2019, my partner, Joan McPhee, and I spoke with Mr. Hodge concerning representing him in connection with his criminal defense.

5. 

6.

7. 

8. Ropes & Gray has subsequently created this ethical wall. Pursuant to the ethical wall, no lawyers representing Mr. Hodge have access to USC's electronic documents stored in Ropes & Gray's document management system, electronic records stored in Ropes & Gray's time entry and billing systems, or paper documents maintained by Ropes & Gray's records department. All lawyers representing USC are subject to reciprocal restrictions. The firm has also sent memoranda to lawyers on both teams instructing them not to discuss any aspect of their representations with each other or in any situation where non-team members are present.

9. 

10.

11. Ropes & Gray is committed to fulfilling its ethical obligations, including its duty of loyalty and its duty of confidentiality to USC. The firm has taken careful steps to protect its duty of loyalty and its duty of confidentiality, including by creating an ethical wall to ensure that no confidential information from USC could be used to further Mr. Hodge's defense and ensuring that no lawyer from Ropes & Gray would conduct any cross-examination of a current USC employee.

12. Over the past three months, Mr. Hodge's legal team at Ropes & Gray has communicated frequently with Mr. Hodge, including through near-daily email exchanges and phone calls. Mr. Hodge also has traveled to Boston to meet with the team from Ropes & Gray and Ms. Hooker on multiple occasions to review key material and discuss case strategy in depth. Mr. Hodge and his legal team have developed a relationship of trust and confidence.

_____
Brien T. O'Connor

**Notarization**

SUFFOLK _____, ss

Subscribed and sworn to me in my presence, Brien T. O'Connor states that his Affidavit is true and accurate to the best of his knowledge and belief on the 27th day of June, 2019.

_____
Notary Public

My commission expires: October 19, 2023



JANICE NIKITIN STRAVINSKAS
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
October 19, 2023