UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DOUGLAS HODGE, )<br>)<br>Defendant. )<br>) | Criminal No. 19-10080-NMG |

# DEFENDANT DOUGLAS HODGE'S MOTION FOR LEAVE TO OFFER CHARACTER STATEMENTS AT SENTENCING HEARING

Defendant Douglas Hodge, who is scheduled to be sentenced on February 7, 2020, respectfully requests leave to present two speakers, Dr. David Miller and Mr. Michael Mulligan, to offer brief character statements at his sentencing hearing.

Mr. Hodge understands that the Court is not obligated to permit character speakers. Mr. Hodge makes this request because the proposed speakers can each provide the Court with a unique and meaningful perspective on Mr. Hodge's character – which will be a central theme of Mr. Hodge's presentation at his sentencing hearing. To provide the Court with more context for this request, Mr. Hodge attaches hereto as Exhibits A and B the written character statements of Dr. Miller and Mr. Mulligan. If permitted, Dr. Miller and Mr. Mulligan would each speak for two to four minutes.

If the Court is inclined to grant leave to present one speaker at Mr. Hodge's sentencing hearing, Mr. Hodge respectfully requests the opportunity to present Dr. Miller.

*Motion denied.* /s/ NMGorton, USDJ 1/29/20