# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 19-10080-NMG |
| DOUGLAS HODGE, | ) |
| | ) |
| Defendant. | ) |

## DOUGLAS HODGE'S MOTION PURSUANT TO 28 U.S.C. § 2255 TO SET ASIDE HIS PLEA, IN PART, AND FOR RE-SENTENCING ON THE REMAINING COUNT OF CONVICTION

For the reasons explained in the accompanying memorandum of law, Defendant Douglas Hodge respectfully moves pursuant to 28 U.S.C. § 2255 for (i) an order setting aside his guilty plea to the charge of conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h); (ii) re-sentencing on the remaining count of conviction, conspiracy to commit mail and wire fraud and honest services mail and wire fraud, in violation of 18 U.S.C. § 1349; and (iii) such other and further relief as this Court may deem appropriate.

## ORAL ARGUMENT REQUESTED

Pursuant to Local Rule 7.1(d), Mr. Hodge respectfully requests to be heard at oral argument on this motion.

Dated:  May 1, 2020 Respectfully submitted,

By: /s/ Brien T. O'Connor
    Brien T. O'Connor (BBO #546767)
    *brien.o'connor@ropesgray.com*
    Ezra D. Geggel (BBO# 691139)
    *ezra.geggel@ropesgray.com*
    ROPES & GRAY LLP
    Prudential Tower
    800 Boylston Street
    Boston, MA 02199
    Phone: (617) 951-7000

    Joan McPhee (BBO #547869)
    *joan.mcphee@ropesgray.com*
    ROPES & GRAY LLP
    1211 Avenue of the Americas
    New York, NY 10036-8704
    Phone: (212) 596-9000

    Miranda Hooker (BBO #661569)
    *hookerm@pepperlaw.com*
    PEPPER HAMILTON LLP
    125 High Street
    Boston, MA 02110
    Phone: (617) 204-5100

    *Attorneys for Defendant Douglas Hodge*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I, Brien T. O'Connor, hereby certify that counsel for Mr. Hodge conferred with counsel for the government regarding this motion.

/s/ Brien T. O'Connor
Brien T. O'Connor

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2020, I filed the foregoing with the United States District Court for the District of Massachusetts using the CM/ECF system, and caused it to be served on all registered participants via the notice of electronic filing (the "NEF").

Dated: May 1, 2020

/s/ Brien T. O'Connor