# EXHIBIT C

UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

## HEADER

**Source ID:**
**Date:** 01/09/2019
**Case Agent Name:** CEDRONE, KAITLYN
**Field Office/Division:** Boston
**Squad:** C 10

## SOURCE REPORTING

**Date of Contact:** 11/01/2018

**List all present including yourself (do not include the CHS):**
SA Keating
SA Cedrone
SA Smith
FoA Savona
AUSA Rosen
AUSA O'Connell
Intern Adele Zhang
Intern Sophia Harris-Dyer
Don Heller

**Type of Contact:** In Person

**Country:** UNITED STATES
**City:** Boston
**State:** Massachusetts

**Date of Report:** 01/09/2019

| Substantive Case File Number |
|---|
| |

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
CHS was interviewed at the United States Attorney's Office in Boston, Massachusetts. Present during the interview were FBI Special Agents Laura Smith and Kaitlyn Cedrone, IRS Special Agent Elizabeth Keating, FBI Forensic Accountant Nicholas Savona, Assistant United States Attorneys Eric Rosen and Justin O'Connell, and Interns Adele Zhang and Sophia Harris-Dyer. Also present during the interview was CHS's attorney, Don Heller. CHS provided the following information:

–

–



UNCLASSIFIED

FD-1023 | FEDERAL BUREAU OF INVESTIGATION
CHS REPORTING DOCUMENT | OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

-

-

FD-1023 | Page 2 of 6 | FEDERAL BUREAU OF INVESTIGATION

UNCLASSIFIED

SINGER-REPORTS-000040

UNCLASSIFIED

FD-1023 | FEDERAL BUREAU OF INVESTIGATION
CHS REPORTING DOCUMENT | OFFICIAL RECORD Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

-

-

**Hodge:**

CHS does not have to pay anyone at LMU and will keep the money for himself/herself. CHS implied to Hodge that the money will be going to LMU.

FD-1023 | Page 3 of 6 | FEDERAL BUREAU OF INVESTIGATION

UNCLASSIFIED

SINGER-REPORTS-000041

UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD |

[page content redacted]

UNCLASSIFIED

FD-1023 | FEDERAL BUREAU OF INVESTIGATION
CHS REPORTING DOCUMENT
OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

[redacted]

[redacted] -

[redacted]

[redacted]

[redacted] -

[redacted]

[redacted] -

[redacted]

[redacted]

[redacted] -

[redacted]

[redacted] -

[redacted]

[redacted] -

[redacted]

FD-1023 | Page 5 of 6 | FEDERAL BUREAU OF INVESTIGATION

UNCLASSIFIED

SINGER-REPORTS-000043

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD Document participants have digitally signed. All signatures have been verified by a certified FBI information system. |
|---|---|---|

[REDACTED]

[REDACTED] -

[REDACTED]

[REDACTED] -

[REDACTED]

**Synopsis:**
CHS Day 5 Proffer 11/01/2018

**SIGNATURE**

| | | |
|---|---|---|
| Submitted By | EAKEATING (undefined undefined) | Wed, 9 Jan 2019 15:29:19 -0500 |
| First Level Approved By | JPKEELAN (John Keelan) | Thu, 10 Jan 2019 09:39:29 -0500 |