# EXHIBIT D

**UNCLASSIFIED**

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

## HEADER

**Source ID:** ███████

**Date:** 12/13/2018

**Case Agent Name:** CEDRONE, KAITLYN

**Field Office/Division:** Boston

**Squad:** C 10

## SOURCE REPORTING

**Date of Contact:** 12/12/2018

**List all present including yourself (do not include the CHS):**
SA Laura Smith
SA Elizabeth Keating
SA Kaitlyn Cedrone
FoA Nicholas Savona
AUSAs Eric Rosen, Justin O'Connell, Kristen Kearney, Leslie Wright

**Type of Contact:** Telephonic

**Date of Report:** 12/13/2018

| Substantive Case File Number |
|---|
| ███████ |

**Check here if additional reporting is in Echo**
No

**Source Reporting:**

BIZZAK- JEFF BIZZAK believed the money paid was going to the program or to USC in exchange for his son, ███ to be recruited as a volleyball player.

**UNCLASSIFIED**

SINGER-REPORTS-000064

UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION | |
|---|---|---|
| | CHS REPORTING DOCUMENT | |

UNCLASSIFIED

SINGER-REPORTS-000065

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
| --- | --- | --- |

## SIGNATURE

| Submitted By | **LCSMITH (undefined undefined)** | **Tue, 18 Dec 2018 09:05:02 -0500** |
| --- | --- | --- |
| First Level Approved By | **JPKEELAN (John Keelan)** | **Wed, 19 Dec 2018 17:56:03 -0500** |

SINGER-REPORTS-000066