# EXHIBIT E

```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


                                    )
UNITED STATES OF AMERICA,           )
                                    )         Criminal Action
         Plaintiff,                 )         No. 19-10222-DPW
                                    )
v.                                  )
                                    )
JEFFREY BIZZACK,                    )
                                    )
         Defendant.                 )
                                    )


             BEFORE THE HONORABLE DOUGLAS P. WOODLOCK
                   UNITED STATES DISTRICT JUDGE


                            SENTENCING


                         October 30, 2019


          John J. Moakley United States Courthouse
                       Courtroom No. 1
                      One Courthouse Way
                  Boston, Massachusetts  02210




                               Kelly Mortellite, RMR, CRR
                               Official Court Reporter
                               One Courthouse Way, Room 5200
                               Boston, Massachusetts  02210
                               mortellite@gmail.com
```

```
APPEARANCES:

On Behalf of the Government:
Eric S. Rosen
Kristen A. Kearney
United States Attorney's Office MA
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3412
eric.rosen@usdoj.gov

On Behalf of the Defendant:
Jeremy N. Goldman
Law Offices of Jeremy N. Goldman
19200 Von Karman Avenue
Suite 300
Irvine, CA 92612
949-387-6670
jeremy@goldmandefense.com

Katherine Corrigan
Corrigan Welbourn & Stokke, APLC
4100 NewportPlace
Suite 550
Newport Beach, CA 92660
949-251-0330
kate@cwsdefense.com

Seth P. Berman
Nutter, McClennen & Fish, LLP
155 Seaport Boulevard
Boston, MA 02210
617-439-2338
sberman@nutter.com
```

Case 1:19-cr-10080-NMG   Document 1145-5   Filed 05/01/20   Page 4 of 5

21

```
 1   Did he tell him all $250,000 is going to go to Ms. Galen?  Did
 2   he tell him $50,000 was going to Ms. Galen?  Did he tell him
 3   $70,000 was going to Ms. Galen?  What did he tell him that
 4   would give him some reasonable foreseeability with respect to
 5   this amount?
 6            MS. KEARNEY:  So what Mr. Singer told the defendant
 7   and how it worked with the scheme at USC generally was that --
 8            THE COURT:  I want to know about this defendant.  The
 9   scheme generally is something to be taken up case by case and
10   has been taken up case by case.  I want to understand it with
11   respect to this defendant.
12            MS. KEARNEY:  So with respect to this defendant, this
13   defendant agreed that upon receipt of the conditional
14   acceptance to USC, he would send a $50,000 check directly to an
15   account designated by Donna Heinel; and then upon receipt of
16   his son's formal acceptance to USC, he would have to make a
17   $200,000 payment to Rick Singer's charity, the Key Worldwide
18   Foundation, and from that Mr. Singer would transmit the bribe
19   to USC or to the coaches that he was bribing at USC.
20   Mr. Singer did not share with the defendant that he was taking
21   a middleman fee.
22            THE COURT:  That's not in the Presentence Report as
23   such, is it?
24            MS. KEARNEY:  So in paragraph 33, it identifies that
25   the defendant participated in a scheme and conspired to pay
```

Case 1:19-cr-10080-NMG   Document 1145-5   Filed 05/01/20   Page 4 of 5

21

```
 1    $250,000.
 2              THE COURT:  Right.  As I said, that's a kind of
 3    summary of it.  I want to get the specifics of the facts here.
 4              MS. KEARNEY:  So then -- sorry, Your Honor.  In
 5    paragraph 43 it indicates that the defendant at Mr. Singer's
 6    direction issued a $50,000 check to USC's Galen Center.
 7              THE COURT:  So the Galen Center, yeah.  Does it say to
 8    Ms. Heinel?
 9              MS. KEARNEY:  Yes, it does, because the voicemail that
10    the defendant left for Mr. Singer before sending the check
11    indicated, "Sending this check off to Donna, and I just put a
12    note in the letter just saying, you know, it's a donation."
13              THE COURT:  So I'm supposed to draw from that that he
14    knew that this was going to Ms. Heinel for her own personal
15    use?
16              MS. KEARNEY:  Yes, because he understood that Ms.
17    Heinel was the one directing him to send the money to this
18    particular account as opposed to USC's general fund or another
19    account within USC.
20              THE COURT:  Okay.  So let's go to the next part of it,
21    which is the $20,000.  Where do I see that?
22              MS. KEARNEY:  Again, the $20,000 is specified in
23    paragraphs 49 and 50.
24              THE COURT:  No.  That says that he's making the
25    payments to Heinel.  The question is where do I see that
```