# EXHIBIT G

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

| **HEADER** |
|---|

**Source ID:** ▮▮▮▮
**Date:** 10/10/2018
**Case Agent Name:** CEDRONE, KAITLYN
**Field Office/Division:** Boston
**Squad:** C 10

| **SOURCE REPORTING** |
|---|

**Date of Contact:** 09/21/2018

**List all present including yourself (do not include the CHS):**
Kaitlyn Cedrone, Laura Smith, Elizabeth Keating, and John Keelan.

**Type of Contact:**   In Person

   **Country:** UNITED STATES

   **City:** Boston

   **State:** Massachusetts

**Date of Report:** 10/10/2018

**Substantive Case File Number**

▮▮▮▮▮▮

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
CHS was interviewed at the Longwarf Marriott Hotel, 296 State Street, Boston, MA. After being advised of the identity of the interviewing Agents and the nature of the interview, CHS provided the following information:



| FD-1023 | Page 1 of 4 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD |
|---------|---------------------------------------------------------------|-----------------|

*Georgetown:*

| FD-1023 | Page 2 of 4 | FEDERAL BUREAU OF INVESTIGATION |
|---------|-------------|--------------------------------|

UNCLASSIFIED

SINGER-REPORTS-000002

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

CHS asked ERNST how to get kids in at Georgetown. ERNST stated CHS could make a donation to the program for a tennis spot, even if the student was not a tennis player.



*USC:*

Initially all the payments to USC went to the programs.

UNCLASSIFIED

**SINGER-REPORTS-000003**

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD<br>All signatures have been verified by a certified FBI information system. |
|---|---|---|

| SIGNATURE | | |
|---|---|---|
| Submitted By | KCEDRONE (undefined undefined) | Mon, 10 Dec 2018 13:05:13 -0500 |
| First Level Approved By | JPKEELAN (John Keelan) | Wed, 12 Dec 2018 14:58:36 -0500 |

| FD-1023 | Page 4 of 4 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED

SINGER-REPORTS-000004