# EXHIBIT H

# FEDERAL BUREAU OF INVESTIGATION



Date of entry    05/24/2019

LAURA JANKE (JANKE), was interviewed at the United States Attorney's Office located in Boston, Massachusetts. Present during the interview were FBI Special Agent Kaitlyn Cedrone, FBI Forensic Accountant Nicholas Savona, IRS Special Agent Elizabeth Keating, and Assistant United States Attorneys Eric Rosen, Justin O'Connell and Leslie Wright. Also present was Stephen Huggard, legal counsel to JANKE. After being advised of the identity of the interviewing Agents and the nature of the interview, JANKE provided the following information:



Investigation on  03/25/2019  at  Boston, Massachusetts, United States (In Person)

File #  318A-BS-2885343                                         Date drafted  03/28/2019

by  Smith Laura, KEATING ELIZABETH ANNE, Kaitlyn Cedrone, SAVONA NICHOLAS BRANDON

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

[Page content redacted]





FD-302a (Rev. 5-8-10) Case 1:19-cr-10080-NMG Document 1145-8 Filed 05/01/20 Page 6 of 10

318A-BS-2885343

Continuation of FD-302 of (U) Interview of Laura Janke , On 03/25/2019 , Page 5 of 9





318A-BS-2885343

Continuation of FD-302 of (U) Interview of Laura Janke, On 03/25/2019, Page 7 of 9



318A-BS-2885343

Continuation of FD-302 of (U) Interview of Laura Janke, On 03/25/2019, Page 7 of 9

While being held together in the holding cell following their March 12, 2019 arrest, HEINEL told JANKE that kids' families give money to development and that she talked to Admissions about this before and said if someone can help a program and team, it was ok.  HEINEL stated she had gone through steps to make sure this was ok.

318A-BS-2885343

Continuation of FD-302 of (U) Interview of Laura Janke , On 03/25/2019 , Page 9 of 9

