# EXHIBIT J



# FEDERAL BUREAU OF INVESTIGATION

Date of entry 03/22/2019

Steve Lopes was interviewed at the University of Southern California (USC), located in Los Angeles, California. Present during the interview were Attorneys Ross Helper, Matt Coe'odess, and Debra Wang Yang of the Gibson-Dunn law firm. Also present were Assistant United States Attorneys Leslie Wright, Justin O'Connell and Eric Rosen. Present by video conference were Assistant United States Attorney Kristen Kearney, FBI SAs Laura Smith and Kaitlyn Cedrone and IRS SA Elizabeth Keating. After being advised of the identity of the interviewing Agents and the nature of the interview, Lopes provided the following information:



Investigation on 01/24/2019 at Chelsea, Massachusetts, United States (In Person, Phone)

File # 318A-BS-2885343    Date drafted 01/25/2019

by Smith Laura, Kaitlyn Cedrone, KEATING ELIZABETH ANNE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



FD-302a (Rev. 05-08-10)

318A-BS-2885343

Continuation of FD-302 of (U) Interview- University of Southern California- Steve Lopes, On 01/24/2019, Page 3 of 7



FD-302a (Rev. 05-08-10)

318A-BS-2885343

Continuation of FD-302 of (U) Interview- University of Southern California- Steve Lopes , On 01/24/2019 , Page 4 of 7



FD-302a (Rev. 05-08-10)

318A-BS-2885343

Continuation of FD-302 of  (U) Interview- University of Southern California- Steve Lopes  , On 01/24/2019 , Page 5 of 7

[redacted]

With regard to an exchange of money in order to accept a walk-on, it depended on the walk-on. A lot of people want to help kids find a college and get them into school. Having someone pay to help a student get into college wasn't wrong. [redacted]

FD-302a (Rev. 05-08-10)

318A-BS-2885343

Continuation of FD-302 of (U) Interview- University of Southern California- Steve Lopes , On 01/24/2019 , Page 6 of 7



FD-302a (Rev. 05-08-10)

318A-BS-2885343

Continuation of FD-302 of (U) Interview- University of Southern California- Steve Lopes , On 01/24/2019 , Page 7 of 7

