# EXHIBIT K

FD-302 (Rev. 5-8-10)

-1 of 6-



# FEDERAL BUREAU OF INVESTIGATION

Date of entry   09/03/2019

ALI KHOSROSHAHIN, was interviewed at The United States Attorney's Office, District of Massachusetts. Present during the interview were Special Agents Kaitlyn Cedrone, Elizabeth Keating and Assistant United States Attorneys Eric Rosen, Justin O'Connell and Kristen Kearney. Also present was Jessica Hedges, attorney for KHOSROSHAHIN. After being advised of the identity of the interviewing Agents and the nature of the interview, KHOSROSHAHIN provided the following information:

[Redacted]

---

Investigation on 06/28/2019 at Chelsea, Massachusetts, United States (In Person)

File # 318A-BS-2885343   Date drafted 06/28/2019

by Smith Laura, Kaitlyn Cedrone, KEATING ELIZABETH ANNE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

318A-BS-2885343

Continuation of FD-302 of  (U) Interview of ALI KHOSROSHAHIN     , On  06/28/2019  , Page  2 of 6



318A-BS-2885343

Continuation of FD-302 of  (U) Interview of ALI KHOSROSHAHIN     , On  06/28/2019  , Page  2 of 6

318A-BS-2885343

Continuation of FD-302 of (U) Interview of ALI KHOSROSHAHIN , On 06/28/2019 , Page 3 of 6

███████████████████████████████████████████████
███████████████████████████████████████████████
████████████████████ █████████████████████████
█████████████████████ ████████████████████████
████████████████████████████ █████████████████
███████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████ ██████████████
███████████████████████████████████████████████
████████████████████████████████████ ██████████
█████████████████████████████████████████ █████
███████████████████████████ ███████████████████
██████████████████████

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
██████████████████ ████████████████████████████
██████ █████████████████████████ ██████████████
██████████████████ ████████████████████████████
████████████████████████████████ ██████████████
███████████████████████████████████████████████
██████████████████████████████ ████████████████
███████████████████████████████

█████████ ██████████████ █████████ ████████████
███████████████████████████████████████████████
████████████████████████ In 2016 there was a golf recruit from Thailand. The father wanted to make a donation to get his child, ████████████ into USC. ████████████ was a real golfer. The father paid $3 million dollars to get ████████████ into USC. (PAT) HAYDEN (HAYDEN) negotiated the deal ██████
███████████████████████████████████████████████
████████████████████████████ ██████████████████
███████████████████████████████████████████████
█████ █████████████████████████ ███████████████
████████████ ██████████████████████████████ ███
███████████████████████████████████████████████
██████████████████████████████████████

318A-BS-2885343

Continuation of FD-302 of  (U) Interview of ALI KHOSROSHAHIN  , On  06/28/2019  , Page  4 of 6



318A-BS-2885343

Continuation of FD-302 of (U) Interview of ALI KHOSROSHAHIN , On 06/28/2019 , Page 5 of 6



318A-BS-2885343

Continuation of FD-302 of (U) Interview of ALI KHOSROSHAHIN , On 06/28/2019 , Page 5 of 6

318A-BS-2885343

Continuation of FD-302 of (U) Interview of ALI KHOSROSHAHIN , On 06/28/2019 , Page 6 of 6

