United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Douglas Hodge, )<br>)<br>Defendant. )<br>) | Criminal Action No.<br>19-10080-NMG |

ORDER

GORTON, J.

Having considered the relevant pleadings, the Court determines that there exist extraordinary circumstances which warrant immediate adjudication of Defendant Douglas Hodge's habeas petition filed pursuant to 28 U.S.C § 2255 despite the pendency of his direct criminal appeal.

So ordered.

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated May 12, 2020

-1-