UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No.: 19-10080-NMG-11 |
| | ) |
| (11) DOUGLAS HODGE, | ) |
| | ) |
| Defendant | ) |

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR RELIEF PURSUANT TO 28 U.S.C. § 2255 IN ORDER FOR PARTIES TO MEET AND CONFER**

On May 1, 2020, defendant Douglas Hodge filed a motion pursuant to 28 U.S.C. § 2255 to partially withdraw his guilty plea to conspiracy to commit money laundering and for re-sentencing on the remaining count of the indictment. *See* Dkt. 1143. On May 13, 2020, the government moved for an extension of time of one week to respond to Hodge's motion. The Court granted that request, and the government's response is due on Friday, May 22, 2020.

On May 20, 2020, Hodge notified the government that he would be seeking leave to modify his § 2255 motion to remove his request to withdraw his plea to money laundering conspiracy. That evening, counsel for Hodge requested that the government meet and confer regarding Hodge's § 2255 motion, and proposed a one week extension for the government to file its response in order to enable those discussions.

Accordingly, the parties jointly move for a one week extension for the government to file its response in order to make a good faith effort to narrow or resolve the issues before the Court.

*Motion allowed. /s/ NMGorton, USDJ 5/22/20*