UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 19-10080-NMG-11 |
| | ) | |
| (11) DOUGLAS HODGE, | ) | |
| | ) | |
| Defendant | ) | |

**ASSENTED-TO MOTION FOR EXCESS PAGES TO RESPOND TO DEFENDANT'S MOTION FOR RELIEF PURSUANT TO 28 U.S.C. § 2255**

The government respectfully moves for leave to file a responsive brief of up to 25 pages to defendant Douglas Hodge's motion for relief pursuant to 28 U.S.C. § 2255.  The grounds for the motion are as follows:

1.      On May 1, 2020, Hodge filed a 27-page motion pursuant to Section 2255 to partially withdraw his guilty plea to conspiracy to commit money laundering and for re-sentencing on the remaining count of the indictment.   *See* Dkt. 1143.

2.      On May 19, 2020, Hodge's counsel notified the government that Hodge intended to seek leave of the Court to modify his motion to withdraw his request to set aside his plea to the charge of money laundering conspiracy.   The government assented to the motion.   The following day, Hodge notified the Court of his intent to withdraw his request to set aside the money laundering plea and sought leave to file portions of that forthcoming motion under seal.   *See* Dkt. 1213.   The Court allowed that request on May 21.   *See* Dkt. 1220.

3.      Yesterday, shortly before 5:00 p.m., Hodge's counsel notified the government that Hodge no longer intends to withdraw his request to set aside his plea to the money laundering conspiracy charge.   Accordingly, while the government previously believed it would not need to respond to that portion of Hodge's motion, it must now do so.

2

For the foregoing reasons, the government respectfully seeks leave to file a responsive brief of 25 pages to fully address the contentions in Hodge's 2255 motion. The defendant, through counsel, assents to the government's request.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   */s/ Stephen E. Frank*
      STEPHEN E. FRANK
      Assistant United States Attorney

Date:  May 28, 2020

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 28, 2020.

By:   */s/ Stephen E. Frank*
      STEPHEN E. FRANK
      Assistant United States Attorney