# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 19-10080-NMG-11 |
| ) | |
| DOUGLAS HODGE, ) | |
| ) | |
| Defendant. | |

## DOUGLAS HODGE'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF HIS MOTION FOR RELIEF PURSUANT TO 28 § U.S.C. 2255 (DKT. 1143)

Pursuant to Local Rule 7.1(b)(3), Defendant Douglas Hodge respectfully seeks leave to file a reply brief in support of his motion for relief pursuant to 28 § U.S.C. 2255 (Dkt. 1143), to be due June 8, 2020, and not to exceed 10 pages. As grounds for the instant motion, Mr. Hodge states as follows:

1. The government's opposition brief makes several factual assertions and legal arguments that warrant response. Allowing Mr. Hodge to address these issues is thus appropriate, and doing so will materially assist the Court in resolving his motion.

2. Given that the conduct at issue is multi-faceted, extends across multiple, discrete categories of evidence, and encompasses both plea and sentencing proceedings, a 10-page reply brief is reasonable and appropriate.

3. The government has informed undersigned counsel that it does not oppose this motion.

Accordingly, Mr. Hodge respectfully seeks leave to file a reply brief in support of his motion for relief pursuant to 28 § U.S.C. 2255 (Dkt. 1143), to be due June 8, 2020, and not to exceed 10 pages.

*Motion allowed.* NMGorton, USDJ 6/3/20

Date: June 2, 2020                                                  Respectfully submitted,

/s/ Brien T. O'Connor
Brien T. O'Connor (BBO #546767)
*brien.o'connor@ropesgray.com*
Ezra D. Geggel (BBO# 691139)
*ezra.geggel@ropesgray.com*
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Phone: (617) 951-7000

Joan McPhee (BBO #547869)
*joan.mcphee@ropesgray.com*
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Phone: (212) 596-9000

Miranda Hooker (BBO# 661569)
*hookerm@pepperlaw.com*
PEPPER HAMILTON LLP
125 High Street
Boston, MA 02110
Phone: (617) 204-5100

*Attorneys for Defendant Douglas Hodge*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2020, I filed the foregoing with the United States District Court for the District of Massachusetts using the CM/ECF system, and caused it to be served on all registered participants via the notice of electronic filing.

Dated: June 2, 2020

/s/ Brien T. O'Connor
Brien T. O'Connor