**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 19-10080-NMG-11 |
| ) | |
| DOUGLAS HODGE, ) | |
| ) | |
| Defendant. ) | |

**DOUGLAS HODGE'S MOTION PURSUANT TO**
**18 U.S.C. § 3582(c) FOR A MODIFICATION OF HIS SENTENCE**

For the reasons set forth in the accompanying memorandum of law, Defendant Douglas Hodge respectfully requests that, pursuant to 18 U.S.C. § 3582(c), this Court modify his sentence to allow for immediate release to home confinement, together with any further conditions determined to be necessary and appropriate by this Court. In the event this Court declines to so, Mr. Hodge respectfully requests that this Court modify his custodial sentence downward by an amount the Court deems appropriate. Mr. Hodge further requests that, upon his release, this Court order that Mr. Hodge is allowed to self-quarantine in home confinement for two weeks, rather than undergo another period of solitary confinement.

Dated: July 27, 2020 Respectfully submitted,

By: /s/ Brien T. O'Connor
Brien T. O'Connor (BBO #546767)
*brien.o'connor@ropesgray.com*
Ezra D. Geggel (BBO# 691139)
*ezra.geggel@ropesgray.com*
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Phone: (617) 951-7000

Joan McPhee (BBO #547869)
*joan.mcphee@ropesgray.com*
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Phone: (212) 596-9000

Miranda Hooker (BBO# 661569)
*miranda.hooker@troutman.com*
TROUTMAN PEPPER LLP
125 High Street
Boston, MA 02110
Phone: (617) 204-5100

*Attorneys for Defendant Douglas Hodge*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I, Brien T. O'Connor, hereby certify that counsel for Mr. Hodge conferred with counsel for the government regarding this motion and the government opposes the motion.

/s/ Brien T. O'Connor
Brien T. O'Connor

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2020, I filed the foregoing with the United States District Court for the District of Massachusetts using the CM/ECF system, and caused it to be served on all registered participants via the notice of electronic filing.

Dated: July 27, 2020

/s/ Brien T. O'Connor
Brien T. O'Connor