# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DOUGLAS HODGE, )<br>)<br>Defendant. ) | Criminal No. 19-10080-NMG-11 |

## DOUGLAS HODGE'S NOTICE OF APPEAL

Defendant Douglas Hodge hereby appeals this Court's order denying his Motion Pursuant to 28 U.S.C. § 2255 to Set Aside His Plea, in Part, and for Re-Sentencing on the Remaining Count of Conviction and dismissing his petition, entered on July 2, 2020, Dkt. No. 1354, to the U.S. Court of Appeals for the First Circuit.

Dated: August 17, 2020

Respectfully submitted,

By: /s/ *Brien T. O'Connor*
    Brien T. O'Connor (BBO# 546767)
    *brien.o'connor@ropesgray.com*
    Ezra D. Geggel (BBO# 691139)
    *ezra.geggel@ropesgray.com*
    ROPES & GRAY LLP
    Prudential Tower
    800 Boylston Street
    Boston, MA 02199
    Phone: (617) 951-7000

    Joan McPhee (BBO# 547869)
    *joan.mcphee@ropesgray.com*
    ROPES & GRAY LLP
    1211 Avenue of the Americas
    New York, NY 10036-8704
    Phone: (212) 596-9000

    Miranda Hooker (BBO# 661569)
    *miranda.hooker@troutman.com*
    TROUTMAN PEPPER LLP
    125 High Street

-2-

Boston, MA 02110
Phone: (617) 204-5100

*Attorneys for Defendant Douglas Hodge*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document will be served on counsel for all parties of record through the ECF system.

Dated: August 17, 2020

*/s/ Brien T. O'Connor*
Brien T. O'Connor