# United States Court of Appeals
## For the First Circuit

No. 20-1418

UNITED STATES

Appellee

v.

DOUGLAS HODGE

Defendant - Appellant

**JUDGMENT**

Entered: March 15, 2021
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

    Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Carol Elisabeth Head
Donald Campbell Lockhart
Karin Michelle Bell
Andrew E. Lelling
Kristen A. Kearney
Stephen Emanuel Frank
Justin David O'Connell
Eric Rosen
Alexia R. De Vincentis
Leslie Wright
Brien T. O'Connor
Joan McPhee
Miranda Hooker
Ezra David Geggel
Michael Clemente
Roman Martinez
Michael Lacovara
William H. Kettlewell

Anthony E. Fuller
Debra Wong Yang