# United States Court of Appeals
## For the First Circuit

No. 20-1418

UNITED STATES

Appellee

v.

DOUGLAS HODGE

Defendant - Appellant

**MANDATE**

Entered: March 15, 2021

In accordance with the judgment of March 15, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Karin Michelle Bell
Michael Clemente
Alexia R. De Vincentis
Stephen Emanuel Frank
Anthony E. Fuller
Ezra David Geggel
Carol Elisabeth Head
Miranda Hooker
Kristen A. Kearney
William H. Kettlewell
Michael Lacovara
Andrew E. Lelling
Donald Campbell Lockhart

Roman Martinez
Joan McPhee
Justin David O'Connell
Brien T. O'Connor
Eric Rosen
Leslie Wright
Debra Wong Yang