# United States Court of Appeals
## For the First Circuit

No. 20-1823

DOUGLAS HODGE

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**JUDGMENT**

Entered: March 15, 2021
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Brien T. O'Connor
Joan McPhee
Donald Campbell Lockhart
Karin Michelle Bell
Douglas H. Hallward-Driemeier
Kristen A. Kearney
Stephen Emanuel Frank
Justin David O'Connell
Eric Rosen
Jonathan Ference-Burke
Ezra David Geggel
Leslie Wright
Michael Clemente
Roman Martinez
Michael Lacovara
Miranda Hooker