# United States Court of Appeals
## For the First Circuit

No. 20-1823

DOUGLAS HODGE

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**MANDATE**

Entered: March 15, 2021

In accordance with the judgment of March 15, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Karin Michelle Bell
Michael Clemente
Jonathan Ference-Burke
Stephen Emanuel Frank
Ezra David Geggel
Douglas H. Hallward-Driemeier
Miranda Hooker
Kristen A. Kearney
Michael Lacovara
Donald Campbell Lockhart
Roman Martinez
Joan McPhee
Justin David O'Connell
Brien T. O'Connor

Eric Rosen
Leslie Wright