# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 19-10080-NMG-11 |
| ) | |
| DOUGLAS HODGE, ) | |
| ) | |
| Defendant. ) | |

## DOUGLAS HODGE'S ASSENTED-TO MOTION FOR RETURN OF BOND

Douglas Hodge, through undersigned counsel, respectfully moves for the return of his secured appearance bond. Counsel for the government has informed undersigned counsel that it assents to this motion. In support of this motion, Mr. Hodge states as follows:

1. On March 11, 2019, an arrest warrant was issued for Mr. Hodge. ECF No. 4. On March 13, 2019, this Court entered an order quashing that arrest warrant because Mr. Hodge had self-reported to court that morning. ECF No. 10.

2. On March 13, 2019, this Court set Mr. Hodge's conditions for release and a secured appearance bond of $500,000. ECF Nos. 17, 18.

3. The bond was entered on March 21, 2019. ECF No. 114.

4. On October 21, 2019, Mr. Hodge pleaded guilty to one count of conspiracy to commit mail and wire fraud and honest services mail and wire fraud in violation of 18 U.S.C. § 1349 and one count of money laundering conspiracy in violation of 18 U.S.C. § 1956(h). ECF No. 595.

5. On February 7, 2020, this Court sentenced Mr. Hodge to a term of 9 months imprisonment, two years of supervised release, a fine of $750,000, and a $200 special assessment. ECF No. 835.

6. On March 27, 2020, the government filed a satisfaction of judgment. ECF No. 983.

2

7.	On June 23, 2020, Mr. Hodge surrendered himself into custody at the Federal Correctional Institute, Otisville in Otisville, New York.

8.	Mr. Hodge has complied with all conditions of the secured appearance bond. He appeared at all court proceedings, surrendered himself into custody, and complied with all other conditions set forth in the Court's order setting his conditions of release. *See* ECF Nos. 17, 18.

9.	Accordingly, Mr. Hodge respectfully asks this Court to order the return of his secured appearance bond in the amount of $500,000.

Dated: February 23, 2023                    Respectfully submitted,

By: /s/ Brien T. O'Connor
    Brien T. O'Connor (BBO #546767)
    *brien.o'connor@ropesgray.com*
    Ezra D. Geggel (BBO# 691139)
    *ezra.geggel@ropesgray.com*
    ROPES & GRAY LLP
    Prudential Tower
    800 Boylston Street
    Boston, MA 02199
    Phone: (617) 951-7000

    Joan McPhee (BBO #547869)
    *joan.mcphee@ropesgray.com*
    ROPES & GRAY LLP
    1211 Avenue of the Americas
    New York, NY 10036-8704
    Phone: (212) 596-9000

    Miranda Hooker (BBO# 661569)
    *mhooker@goodwinlaw.com*
    GOODWIN PROCTER LLP
    100 Northern Avenue
    Boston, MA 02210
    Phone: (617) 570-1000

    *Attorneys for Defendant Douglas Hodge*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Brien T. O'Connor, hereby certify that counsel for Defendant conferred with counsel for the government regarding this motion, and the government assents to this motion.

/s/ Brien T. O'Connor
Brien T. O'Connor

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2023, I filed the foregoing with the United States District Court for the District of Massachusetts using the CM/ECF system and caused it to be served on all registered participants via the notice of electronic filing.

Dated: February 23, 2023              /s/ Brien T. O'Connor
                                       Brien T. O'Connor